AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Federal Trade Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-mc-00028 |
| Retail Services & Systems, Inc. d/b/a Total Wine & More ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 10/23/2023

/s/ Christina J. Brown
*Attorney's signature*

Christina J. Brown, CA Bar No. 242130
*Printed name and bar number*
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580

*Address*

cbrown5@ftc.gov
*E-mail address*

(202) 326-2125
*Telephone number*

*FAX number*