UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Petitioner,<br><br>    v.<br><br>RETAIL SERVICES & SYSTEMS, INC. *d/b/a Total Wine & More*,<br><br>    Respondent. | Civil Action No. 1:23mc28 (AJT/WEF) |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND
REQUEST TO CONTINUE THE SHOW CAUSE HEARING**

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement ("Agreement"). The parties intend to file a notice of final Agreement and request that the Court retain jurisdiction to enforce the Agreement, if needed, as soon as practicable, but respectfully request that they be given 5 business days to do so. Accordingly, Petitioner respectfully requests that the Court continue the Show Cause Hearing scheduled for December 11, 2023. Petitioner is filing this notice and request for continuance with Respondent's approval and permission.

Dated: December 9, 2023

Respectfully submitted,

ANISHA S. DASGUPTA
General Counsel

MICHELE ARINGTON
Assistant General Counsel for Litigation

*/s/ Patricia McDermott*
PATRICIA MCDERMOTT (VA Bar No. 41700)
CHRISTINA BROWN
Attorneys, Anticompetitive Practices Division

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Tel.: (202) 326-2569
pmcdermott@ftc.gov
cbrown5@ftc.gov

Consented:

*/s/ Robert T. Shaffer*
Robert T. Shaffer (admitted *pro hac vice*)
General Counsel
Retail Services & Systems, Inc.
6600 Rockledge Drive, Suite 150
Bethesda, MD 20817
(301) 795-1000