UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Federal Trade Commission,<br><br>    Petitioner,<br><br>    v.<br><br>Retail Services & Systems, Inc. d/b/a Total Wine & More,<br><br>    Respondent. | Case No. 1:23-mc-0028 (AJT/WEF) |

## **JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

Petitioner, the Federal Trade Commission ("FTC" or "Commission"), and Respondent, Retail Services & Systems, Inc. d/b/a Total Wine & More ("Total Wine"), respectfully notify the Court that they have finalized the settlement reached in principle on December 9, 2023 (*see* Joint Notice of Settlement in Principle, Doc. No. 31) and entered into a Settlement Agreement ("Agreement").

Accordingly, the parties respectfully request that the Court cancel the Show Cause Hearing scheduled for December 20, 2023, and stay this matter for a period of 120 days while the parties implement the terms of their Agreement. The parties anticipate filing a notice of dismissal with prejudice prior to the expiration of the 120-day period. The Court has authority to stay proceedings before it, as this "is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Petitioner is filing this joint notice and request for stay with Respondent's consent.

| | |
|---|---|
| Dated: December 18, 2023 | Respectfully submitted, |
| | ANISHA S. DASGUPTA<br>General Counsel |
| | MICHELE ARINGTON<br>Assistant General Counsel for Litigation |
| | */s/ Patricia McDermott*<br>PATRICIA MCDERMOTT (VA Bar No. 41700)<br>CHRISTINA BROWN<br>Attorneys, Anticompetitive Practices Division |
| | FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., N.W.<br>Washington, DC 20580<br>Tel.: (202) 326-2569<br>pmcdermott@ftc.gov<br>cbrown5@ftc.gov |

Consented:

*/s/ Robert T. Shaffer*
Robert T. Shaffer (admitted *pro hac vice*)
General Counsel
Retail Services & Systems, Inc.
6600 Rockledge Drive, Suite 150
Bethesda, MD 20817
(301) 795-1000