UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Federal Trade Commission,<br><br>    Petitioner,<br><br>v.<br><br>Retail Services & Systems, Inc. d/b/a Total Wine & More,<br><br>    Respondent. | Case No. 1:23-mc-0028 (AJT/WEF) |

## **JOINT NOTICE OF DIMISSAL**

On October 20, 2023, Petitioner, the Federal Trade Commission ("FTC"), filed a Petition for a Show Cause Hearing to secure the compliance of Respondent Retail Services & Systems, Inc. d/b/a Total Wine & More ("Total Wine") with a duly issued Civil Investigative Demand. On December 18, 2023, the FTC and Total Wine notified the Court that they had entered into a Settlement Agreement ("Agreement"). The parties requested that the Court cancel the Show Cause Hearing and stay this matter while they effectuated the terms of the Agreement (Doc. No. 32). On December 19, 2023, the Court entered an order canceling the Show Cause Hearing and staying this matter for a period of 120 days (Doc. No. 44).

The parties respectfully notify the Court that they have now executed the terms of their Agreement. Accordingly, the FTC respectfully dismisses its Petition for a Show Cause Hearing and an Order Enforcing Civil Investigative Demand.

The FTC is filing this joint notice of dismissal with Total Wine's consent.

So ORDERED

4/17/24

Anthony J. Trenga
Senior United States District Judge

Dated: April 17, 2024

Respectfully submitted,

ANISHA S. DASGUPTA
General Counsel

MICHELE ARINGTON
Assistant General Counsel for Litigation

*/s/ Patricia McDermott*
PATRICIA MCDERMOTT (VA Bar No. 41700)
CHRISTINA BROWN
Attorneys, Anticompetitive Practices Division

FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., N.W.
Washington, DC 20580
(202) 326-2569
pmcdermott@ftc.gov
cbrown5@ftc.gov

Consented:

*/s/ Robert T. Shaffer*
Robert T. Shaffer (admitted *pro hac vice*)
General Counsel
Retail Services & Systems, Inc.
6600 Rockledge Drive, Suite 150
Bethesda, MD 20817
(301) 795-1000